FILED
October 12, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>           Plaintiff,                              )<br>v.                                                        )<br>                                                              )<br>Khanthy Vongsedone,                     )<br>                                                              )<br>_____ )<br>           Defendant. | Case No. 2:06-mj-275 KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Khanthy Vongsedone  Case 2:06-mj-275 KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     ___   Release on Personal Recognizance

     ___   Bail Posted in the Sum of _____

     _X_   $50,000 Unsecured bond

     ___   Appearance Bond with 10% Deposit

     ___   Appearance Bond secured by Real Property

     ___   Corporate Surety Bail Bond

     _X_   (Other)   PTS conditions/supervision; 3rd party custody

Issued at  Sacramento, CA  on 10/12/06       at  3:10 pm

By  _____
Dale A. Drozd,
United States Magistrate Judge