Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr. S. 06-455 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) DATE:    January 22, 2008<br>) TIME:    8:30 a.m.<br>) COURT:   Hon. William B. Shubb |
| KHANTHY VONGSEDONE, et. al., | ) |
| Defendants | |

Defendants, Sue Her, by and through his undersigned counsel, Shari Rusk, Khanthy Vongsedone, by and through his undersigned counsel Chris Haydn-Myer and Tony Ketmany, by and through his undersigned counsel, J. Toney and the United States, by and through Assistant United States Attorney Phil Talbert, hereby agree and stipulate that the status conference previously scheduled for November 19, 2007 be re-scheduled for January 22, 2008.  The parties have received discovery and are in the process of investigating and negotiating with the government.  Additional time is needed for continued defense preparation.  Therefore the parties request that the matter be placed on calendar for a status conference on January 22, 2008.

All parties agree that time should be excluded up to and through January 22, 2008 under the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient time to prepare and investigate this matter.

///

///

Dated: November 16, 2006          Respectfully submitted,


                                  _/s/ Shari Rusk_____
                                  Shari Rusk
                                  Attorney for Defendant
                                  Sue Her


                                  /s/ Chris Haydn-Myer
                                  Chris Haydn-Myer
                                  Attorney for Defendant
                                  Khanthy Vongsedone

                                  /s/ J. Toney____
                                  J. Toney
                                  Attorney for Defendant
                                  Tony Ketmany

Dated: November 16, 2006
                                  /s/ Phil Talbert ____
                                  Phil Talbert
                                  Assistant United States Attorney


                          **ORDER**

    It is so ordered.  The status conference in <u>United States v. Vongsedone</u> will be continued to **January 22, 2008 at 8:30 a.m.** and time will be excluded.


DATED:  November 19, 2007

                            WILLIAM B. SHUBB
                            UNITED STATES DISTRICT JUDGE